No. 1013. PARKER ET AL. *v.* ILLINOIS. April 6, 1942. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. William Scott Stewart* for petitioners.

No. 1014. RAYNER *v.* UNITED NORTH & SOUTH DEVELOPMENT Co. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James D. Williamson* for petitioner. *Mr. H. Grady Chandler* for respondent.

No. 1015. EISENLORD, ADMINISTRATOR, *v.* ELLIS ET AL. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Bentley M. McMullin* for petitioner. *Mr. Harry A. Allen* for respondents.

No. 1024. TAMPAX INCORPORATED ET AL. *v.* PERSONAL PRODUCTS CORP. ET AL. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. Brown Morton* for petitioners. *Mr. Stephen H. Philbin* for respondents.

No. 1062. MORRIS *v.* TEXAS. April 13, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *McKinley Morris, pro se.*

No. 1009. BERSIA ET AL. *v.* UNITED STATES. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE

Jackson took no part in the consideration and decision of this application. *Messrs. Homer L. Loomis* and *Charles Ruzicka* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 1010. Pieraccini et al. *v.* United States. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Mr. Justice Jackson took no part in the consideration and decision of this application. *Messrs. Homer L. Loomis* and *Charles Ruzicka* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 1011. Schiaffino et al. *v.* United States. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Mr. Justice Jackson took no part in the consideration and decision of this application. *Messrs. Homer L. Loomis* and *Charles Ruzicka* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 1019. Bach et al., Executors, *v.* Rothensies, Collector of Internal Revenue. April 13, 1942. The motion to defer consideration of the petition for writ of certiorari is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is denied. *Messrs. Henry S. Drinker* and *Frederick E. S. Morrison* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.